# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SHAWNA S. HURST  
1121 MINNS DRIVE, #2  
MACHESNEY PARK, IL  61115  

SSN-xxx-xx-0489

Case Number: 04-70773

Case filed on: 2/17/2004  
Plan Confirmed on: 4/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $7,596.74        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 205 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | MOSS CODILIS LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SHAWNA S. HURST | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CEFCU | 4,000.00 | 4,000.00 | 4,000.00 | 1,708.29 |
|  | Total Secured | 4,000.00 | 4,000.00 | 4,000.00 | 1,708.29 |
| 001 | CEFCU | 6,497.73 | 0.00 | 0.00 | 0.00 |
| 002 | AURORA LOAN SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERENCILCO | 431.71 | 0.00 | 0.00 | 0.00 |
| 004 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PREMIER BANKCARD/CHARTER | 938.80 | 0.00 | 0.00 | 0.00 |
| 006 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ILLINOIS AMERICAN WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | T-H PROFESSIONAL & MEDICAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 2,926.79 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,795.03 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 16,159.03 | 5,364.00 | 5,364.00 | 1,708.29 |

Total Paid Claimant:  $7,072.29  
Trustee Allowance:  $524.45  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　  /s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan